No. 70–6. SWARB ET AL. *v.* LENNOX ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 401 U. S. 991.] Motion of appellants to dispense with printing reply brief granted. Motion of the Attorney General of Pennsylvania for additional time for oral argument denied. Conditional motion of Pennsylvania Bankers Assn. for leave to present oral argument as *amicus curiae* denied.

No. 70–18. ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY. Appeal from D. C. N. D. Tex.; and

No. 70–40. DOE ET AL. *v.* BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL. Appeal from D. C. N. D. Ga. Motions of Certain Physicians, Professors & Fellows of the American College of Obstetrics & Gynecology and the National Right to Life Committee for leave to file briefs as *amici curiae* granted. Motion of Ferdinand Buckley for leave to file a brief as *amicus curiae* in No. 70–40 granted. [Probable jurisdiction postponed, 402 U. S. 941.]

No. 70–36. PERRY ET AL. *v.* SINDERMANN. C. A. 5th Cir. [Certiorari granted, 403 U. S. 917.] Motion of American Federation of Teachers for leave to file a brief as *amicus curiae* granted.

No. 70–54. VICTORY CARRIERS, INC., ET AL. *v.* LAW. C. A. 5th Cir. [Certiorari granted, 401 U. S. 936.] Motions of National Maritime Compensation Committee for reconsideration and for leave to file a brief as *amicus curiae* granted.

No. 70–75. MOOSE LODGE No. 107 *v.* IRVIS ET AL. Appeal from D. C. M. D. Pa. [Probable jurisdiction postponed, 401 U. S. 992.] Motion of the Attorney General of Pennsylvania for additional time for oral argument denied.